UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LYDIA TSCHOE,**<br><br>                Plaintiff,<br>   v.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.**<br><br>                Defendant. | **Civil Action No. 1:20-cv-7331**<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, Monarch Recovery Management, Inc. (hereafter "Monarch") by and through its counsel, Abrams, Gorelick Friedman & Jacobson, LLP, hereby removes the action captioned as Lydia Tschoe v. Monarch Recovery Management, Inc., as filed in the Civil Court of the City of New York, County of New York ("the Action"), to the United States District Court for the Southern District of New York, based upon the following:

      1.      On or about August 11, 2020 Plaintiff, Lydia Tschoe (hereinafter "Plaintiff") filed the Action in the Civil Court of the City of New York, County of New York. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

      2.      Monarch first received notice of the Action on August 13, 2020, when it was served with Plaintiff's Complaint.

      3.      Based on the foregoing, Monarch has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable.  See 28 U.S.C. § 1446(b).

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Monarch pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that Monarch violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, thereby asserting claims that arise under federal law.

5. In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within the City of New York, County of New York, the United States District Court for the Southern District of New York should be assigned the Action.

6. Pursuant to 28 U.S.C. § 1446(d), Monarch will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Southern District of New York, will serve Plaintiff with a copy of this Notice of Removal and will file the Notice of Removal in the Civil Court of the City of New York, County of New York.

**WHEREFORE**, Defendant, Monarch Recovery Management, Inc. notifies this Court that this cause is removed from the Civil Court of the City of New York, County of New York to the United States District Court for the Southern District of New York pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Dated: New York, New York  Abrams, Gorelick, Friedman & Jacobson, LLP
September 9, 2020  Counsel for Defendant
Monarch Recovery Management, Inc.

By:  */s/ Michael Zumwalt*
MICHAEL ZUMWALT
One Battery Park Plaza, 4th Floor
New York, NY 10004
212-422-1200 x 253 p
212-968-7573 f
MZumwalt@agfjlaw.com

CC VIA US MAIL AND ECF

    Stuart D. Werbin, Esq.
    1620 Avenue 1, Suite 109
    Brooklyn, NY 11230
    Attorneys for Plaintiff
    Lydia Tschoe

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and accurate copy of the foregoing Notice of Removal has been duly served on counsel for all parties by regular U.S. Mail from One Battery Park Plaza, New York, NY 10004 with proper postage affixed thereto before the hour of 5:00 p.m. on September 9, 2020.

Dated: September 9, 2020                               By: *  /s/ Michael Zumwalt*